IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RONALD CURTIS MASHBURN**  **PLAINTIFF**
**#663501**

V.                NO. 3:21-cv-257-KGB-ERE

**STEVEN DAVIS,** *et al.*                **DEFENDANTS**

## ORDER

Plaintiff Ronald Curtis Mashburn, an inmate at the Sharp County Detention Center (Detention Center), filed this civil rights lawsuit *pro se* under 42 U.S.C. § 1983 on behalf of himself and Jerod Franklin Watts.[1] *Doc. 2*. In his complaint, Mr. Mashburn alleges that: (1) Jail Administrator Steven Davis was deliberately indifference to his serious medical and dental needs; (2) Defendant Davis violated his rights under the Health Insurance Portability and Accountability Act (HIPAA); (3) Defendant Davis denied inmates' access to the news; (4) Sheriff Mark Counts inadequately staffed the medical department at the Detention Center; (5) Defendant Counts failed to follow CDC guidelines; (6) Defendant Counts denied inmates' access to shower; (7) Defendant Counts failed to adequately screen inmates for tuberculosis; (8) Doctor Darrell Elkin violated his rights under HIPAA; (9) Defendant Elkin "prescribed inmates prescription drugs without consulting them;"

---

[1] Pursuant to Court policy, each Plaintiff will be permitted to raise their claims in their own lawsuits.

(10) Defendant Elkin denied inmates proper medical attention; and (11) Defendant Sonya Wiles, a dentish, acted with deliberate indifference to Mr. Mashburn's dental needs when she extracted his tooth without conducting an x-ray examination or prescribing him antibiotics, resulting in an abscess.

For screening purposes, Mr. Mashburn has stated a claim for deliberate indifference to his dental needs against Defendants Steven Davis and Sonya Wiles. Accordingly, service of these claims is now proper. The Court will address Mr. Mashburn's remaining claims in a separate Recommendation.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of Court is directed to prepare summonses for Defendants Steven Davis and Sonya Wiles.

2. The United States Marshal is directed to serve these Defendants with a summons and a copy of the complaint (*Doc. 2*), without requiring prepayment of fees and costs or security. Service for Defendant Davis should be through the Sharp County Detention Center, Post Office Box 157, Ash Flat, Arkansas 72513. Service for Defendant Wiles should be attempted at her office address, 410 Court St, Melbourne, Arkansas 72556.

DATED this 20th day of December, 2021.

_____
UNITED STATES MAGISTRATE JUDGE