# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RONALD CURTIS MASHBURN**                                         **PLAINTIFF**
**#663501**

V.            NO. 3:21-cv-257-KGB-ERE

**STEVEN DAVIS,** *et al.*                                                    **DEFENDANTS**

## ORDER

On December 23, 2021, mail sent to Plaintiff Ronald Curtis Mashburn from the Court was returned as undeliverable with the notation "refused." *Doc. 6.* Because that notation failed to advise the Court whether Mr. Mashburn was still in custody or had been released or transferred, the Court previously ordered that the mailroom officer of the Sharp County Detention Center to notify the Court whether Mr. Mashburn had been released from custody. *Doc. 7*.

On January 10, 2022, mail sent to Mr. Mashburn was returned as undeliverable with the notation "inmate released." *Docs. 12, 13*.

Mr. Mashburn has failed to inform the Court of his current address, as required by Local Rule 5.5(c)(2) and this Court's Initial Order. *Doc. 3*. As a result, the Court has no way to communicate with Mr. Mashburn regarding this case.

If Mr. Mashburn wants to pursue the claims he raises in this lawsuit, he must notify the Court of his current address within 30 days. Failure to comply with this Order is likely to result in the dismissal of this lawsuit.

IT IS SO ORDERED this 11th day of January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE