# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RONALD CURTIS MASHBURN**                                              **PLAINTIFF**
**#663501**

V.                           NO. 3:21-cv-257-KGB-ERE

**STEVEN DAVIS,** *et al.*                                              **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I.      Procedure for Filing Objections

This Recommendation for the dismissal of Mr. Mashburn's claims has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Baker may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

### II.     Discussion

On December 13, 2021, Plaintiff Ronald Curtis Mashburn, an inmate at the Sharp County Detention Center, filed this § 1983 lawsuit *pro se* on behalf of himself and another inmate. *Doc. 2*. On December 23, 2021, mail sent to Mr. Mashburn from the Court was returned as undeliverable with the notation "refused." *Doc. 6.* Because

that notation failed to advise the Court whether Mr. Mashburn was still in custody or had been released or transferred, the Court ordered the mailroom officer of the Sharp County Detention Center to notify the Court whether Mr. Mashburn had been released from custody. *Doc. 7*.

On January 10, 2022, mail sent to Mr. Mashburn was returned as undeliverable with the notation "inmate released." *Docs. 12, 13*. On January 11, 2022, the Court ordered Mr. Mashburn to notify the Court of his current address within 30 days or risk dismissal of his complaint. *Doc. 14*. To date, he has not responded to the Court's January 11 Order.

Mr. Mashburn has failed to inform the Court of his current address, as required by Local Rule 5.5(c)(2) and this Court's Initial Order. *Doc. 3*. As a result, the Court has no way to communicate with Mr. Mashburn regarding his lawsuit.

### III. Conclusion

The Court recommends that Mr. Mashburn's claims be DISMISSED, without prejudice, based on his failure to: (1) comply with Local Rule 5.5(c)(2); (2) respond to the Court's January 11, 2022 Order; and (3) prosecute this lawsuit.

DATED this 11th day of February, 2022.

_____
UNITED STATES MAGISTRATE JUDGE