# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NOTHERN DIVISION

**RONALD CURTIS MASHBURN**                                                      **PLAINTIFF**
**#663501**

v.                              Case No. 3:21-cv-00257-KGB

**STEVEN DAVIS,** *et al.*                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered ordered and adjudged that plaintiff Ronald Mashburn's complaint is dismissed without prejudice. The Court denies the requested relief and certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal would not be taken in good faith.

So adjudged this 27th day of July, 2023.

_____
Kristine G. Baker
United States District Judge